Louis Moskowitz, Appellant, v. Anna Moskowitz, Respondent.— Order granting defendant's motion to vacate clerk's entry of abandonment of this action, restoring the case to the calendar for trial, and granting other relief, affirmed, with $10 costs and disbursements. In order to sustain this order it is not necessary to decide whether or not the clerk's entry had the effect of an order or judgment in respect of terminating the action. No matter what effect the entry had, the court, in the exercise of discretion, had the power to relieve the defendant from the effect of that entry and to restore the case to the calendar. (*Ladd* v. *Stevenson et al.*, 112 N. Y. 325; *Hatch et al.* v. *Central*

*National Bank*, 78 N. Y. 487; *Klein* v. *Fairberg*, 243 App. Div. 609.) Close, P. J., Hagarty, Carswell, Adel and Lewis, JJ., concur.